UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:10-CV-60540-MORENO

CONDATIS LLC,

    Plaintiff,

vs.

ARCTURUS MARINE SYSTEMS INC. et al.,

    Defendants.

_____/

**NOTICE OF SETTLEMENT
AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff Condatis LLC, by its undersigned counsel, hereby provides the Court with notice of settlement, and hereby **DISMISSES WITH PREJUDICE** its claims in this action against Defendant Intelisea LLC. Each party will bear its own attorneys' fees and costs.

Date: May 10, 2010

    Respectfully submitted,

    **WOLKOV LAW**
    Counsel for Plaintiff Condatis LLC

    By: /s  Sandra K. Wolkov
    Sandra K. Wolkov
    Florida Bar No. 0155179
    E-mail: Sandra@wolkovlaw.com
    1200 Brickell Avenue, Suite 1950
    Miami, Florida 33131
    Telephone: (305) 297-1878 (office)
    Telephone: (954) 701-3704 (cell)
    Facsimile: (786) 272-7979
    www.wolkovlaw.com

SERVICE LIST
Case No. 0:10-CV-60540-MORENO

I hereby certify that, on Monday, May 10, 2010, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notice to:.

**Kevin Patrick Jacobs**
Herron Jacobs Ortiz
1401 Brickell Avenue
Suite 840
Miami, FL 33131
305-779-8100
Fax: 305-779-8104
Email: kjacobs@hjo-law.com
**Counsel for Westport Shipyard, Inc.**

**Dale Paul DiMaggio**
Malin Haley DiMaggio Bowen & Lhota, P.A.
1936 South Andrews Avenue
Fort Lauderdale, FL 33316
954-763-3303
Fax: 954-522-6507
Email: dpd@mhdpatents.com
**Counsel for United Maritime Group and U.S. United Ocean Services, LLC**

**Thomas E. Scott**
Scott A. Cole
Cole Scott & Kissane, P.A.
Dadeland Centre II
9150 South Dadeland Boulevard
Suite 1400
Miami, Florida 33156
Telephone: (305) 350-5300
Facsimile: (305) 373-2294
E-mail: scott@csklegal.com
**Counsel for Defendants Navico, Inc., Navico UK Ltd. and Navico Holdings A.S.**

I also certify that a true and correct copy of the foregoing document is being served via United States mail on all parties identified on the below Service List on Monday, May 10, 2010.

                                                /s   Sandra K. Wolkov
                                                  Sandra K. Wolkov

| | |
|---|---|
| Oceanfast LLC<br>c/o Registered Agent:<br>COPROLITE CORPORATION<br>ONE SOUTHEAST 3RD AVENUE, STE 2130<br>MIAMI FL 33131 | Austal USA LLC<br>c/o Registered Agent:<br>BRUCE T. MCGOWIN,<br>HAND ARENDALL, LLC<br>11 N WATER ST STE 30200<br>MOBILE, AL 36602 |
| Atlantic Radio Telephone Inc.<br>c/o Registered Agent:<br>BERG, DAVID T P A<br>555 N. EAST 15TH ST #33D<br>MIAMI, FL 33132 | Intelisea LLC<br>c/o Registered Agent:<br>PAUL MICKELSEN<br>1265 PACIFIC AVE<br>LAGUNABEACH, CA 92651 |
| Myles Marine Electronics Inc.<br>314 West Minnesota Ave.<br>DeLand, FL  32720 | Furuno U.S.A., Inc.<br>c/o Registered Agent:<br>JGB SERVICE CORPORATION<br>600 UNIVERSITY ST SUITE 3600<br>SEATTLE, WA  981013197 |
| Yokogawa Corporation of America<br>c/o Registered Agent:<br>BUSINESS FILINGS INCORPORATED<br>1201 PEACHTREE STREET N.E.<br>Atlanta, GA 30361 | Nautic Control Solutions LP<br>c/o Registered Agent:<br>Anthony George<br>15534 West Hardy Rd., Suite 100<br>Houston, TX 77060 |