UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60540-CIV-MORENO

CONDATIS LLC, ,

    Plaintiff,

vs.

ARCTURUS MARINE SYSTEMS INC., *et al.*,,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL AS TO DEFENDANTS CAMPER & NICHOLSONS INTERNATIONAL, INC. AND RODRIGUEZ GROUP, S.A.

THIS CASE came before the Court upon the Notice of Settlement **(D.E. 12)**, filed on **April 23, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Defendants **Camper & Nicholsons International, Inc. and Rodriguez Group S.A.**, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record