UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60540-CIV-MORENO

CONDATIS LLC, ,

    Plaintiff,

vs.

ARCTURUS MARINE SYSTEMS INC., *et al.*,,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AS TO DEFENDANTS HOLLAND AMERICA LINE, INC., HAL ANTILLEN N.V., AND HOLLAND AMERICA LINE, N.V.

THIS CAUSE came before the Court upon the Notice of Settlement **(D.E. 9)**, filed on **April 23, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Defendants **Holland America Line, Inc., Hal Antillen N.V., and Holland America Line, N.V.**, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of May, 2010.

                                                                          FEDERICO A. MORENO
                                                                          CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record