UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60540-CIV-MORENO

CONDATIS LLC, ,

    Plaintiff,

vs.

ARCTURUS MARINE SYSTEMS INC., *et al.*,,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AS TO DEFENDANTS QUANTUM CONTROLS BV, QUANTUM STABILIZERS, INC., AND QUANTUM MARINE ENGINEERING

THIS CAUSE came before the Court upon the Notice of Settlement **(D.E. 11)**, filed on **April 26, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Defendants **Quantum Controls BV, Quantum Stabilizers, Inc., and Quantum Marine Engineering Inc.**, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this _12_ day of May, 2010.

                                                                 FEDERICO A. MORENO
                                                                 CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record