...

...

...

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60540-CIV-MORENO

CONDATIS LLC, ,

    Plaintiff,

vs.

ARCTURUS MARINE SYSTEMS INC., *et al.*,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AS TO DEFENDANT WESTPORT SHIPYARD, INC.

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal **(D.E. 56)**, filed **May 13, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant Westport Shipyard, Inc. has neither answered the complaint nor moved for summary judgment, it is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice as to Defendant **Westport Shipyard, Inc.**, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(i).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record